**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BOBBY DWAYNE WILLIAMS,**
**ADC #142732**                                                                                              **PLAINTIFF**

v.                                        Case No. 4:13-cv-00435-KGB

**RON BROWN, et al.,**                                                                                  **DEFENDANTS**

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District as defendant is located there and the events alleged occurred there. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

The Clerk of the Court is directed to transfer immediately plaintiff's case file to the Western District of Arkansas, Fort Smith Division, Isaac C. Parker Federal Bldg., 30 S. 6th Street, Room 1038, Fort Smith, AR 72901.

IT IS SO ORDERED this 22nd day of October, 2013.

_____
Kristine G. Baker
United States District Judge